**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1775**

In re: PAUL BERNARD COLEMAN,

    Petitioner.

On Petition for Writ of Mandamus.  (3:09-cr-00207-MHL-1)

Submitted:  December 4, 2019                    Decided:  December 10, 2019

Before GREGORY, Chief Judge, and WILKINSON and KING, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Paul Bernard Coleman, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Bernard Coleman petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion to clarify his sentence. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has denied Coleman's motion to clarify. *United States v. Coleman*, No. 3:09-cr-00207-MHL-1 (E.D. Va. Nov. 7, 2019). Accordingly, because the district court has recently acted on Coleman's motion, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*
